UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH A. SHULER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0667-CVE-PJC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On September 14, 2011, Magistrate Judge Paul J. Cleary entered a Report and Recommendation (Dkt. # 18) concerning the denial of Social Security disability benefits to plaintiff Kenneth A. Shuler. The magistrate judge recommended that the decision of the Commissioner of the Social Security Administration be reversed and remanded, because the administrative law judge did not provide a legally sufficient reason for disregarding the opinion evidence of Shuler's treating physician. Dkt. # 18, at 14. The parties' deadline to file an objection to the report and recommendation was September 28, 2011. To date, no objections have been filed, and the time to object has expired. The Court has also independently reviewed the Report and Recommendation and sees no reason to modify or reject it.

**IT IS THEREFORE ORDERED** that Report and Recommendation (Dkt. # 18) is **accepted** as entered, and the decision of the Commissioner of the Social Security Administration is **reversed and remanded.** A separate judgment is entered herewith.

**DATED** this 29th day of September, 2011.

*[signature]*
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT